**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ROY W. DILLARD**                                                              **PLAINTIFF**

**V.**                                    **CASE NO. 4:19-cv-692-JM**

**INTERNATIONAL PAPER COMPANY and
John Does 1-10**                                                        **DEFENDANTS**

## ORDER

The Court has been advised that the parties have reached an agreed resolution of this

action.    This action is hereby dismissed with prejudice, with each party to bear its own

attorneys' fees and costs.

IT IS SO ORDERED, this 4th day of May, 2020.


_____
UNITED STATES DISTRICT JUDGE